January 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ANN ROSENBERG, Appellant

NO. 14-13-00969-CV                    V.

KIPP, INC., Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, KIPP, Inc., signed October 10, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Ann Rosenberg, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.